IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED IN OPEN COURT
APR 21 2011
CLERK, U S DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| V. ) | 1:11CR96 |
| ) | |
| ROGELIO HACKETT, JR. ) | |
| Defendant. ) | |

## CRIMINAL INFORMATION

The United States Attorney charges:

### Count I
### Access Device Fraud (18 U.S.C. § 1029(a)(1))

On or about June 12, 2009, in the Eastern District of Virginia and elsewhere, defendant Rogelio Hackett, Jr., knowingly and with intent to defraud produced, used, and trafficked in one or more counterfeit access devices in that he sold 25 counterfeit credit cards to an undercover United States Secret Service Special Agent in the Eastern District of Virginia, said production, trafficking, and use affecting interstate or foreign commerce in that the negotiations for the sale of counterfeit cards and the actual shipments of counterfeit credit cards travelled interstate,

in violation of Title 18, United States Code, Section 1029(a)(1).

1

## Count II
## Aggravated Identity Theft (18 U.S.C. § 1028A(a)(1))

On or about June 12, 2009, in the Eastern District of Virginia and elsewhere, defendant Rogelio Hackett, Jr. did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to the offense listed in Count I, in that he transferred, possessed, and used credit card numbers that he knew belonged to specific individuals in creating the counterfeit credit cards described in Count I,

in violation of Title 18, United States Code, Section 1028A(a)(1).

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: *[signature]*
Michael J. Stawasz
Special Assistant United States Attorney

2